# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 12-10219-01-MLB |
| | ) | |
| DINH NGUYEN, | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE SENTENCING

COMES NOW, Defendant Dinh Nguyen, by and through his counsel of record, and respectfully moves the court for an order continuing and extending the date for sentencing 30 days or until April 3, 2014 or such time as may be convenient to the Court.

The requested continuance is sought for the following reasons:

1. The probation office did not conduct its initial interview of Mr. Nguyen until January 21, 2014.

2. There is no agreement as to the amount of loss, which is the determinative factor for sentencing in a tax evasion case. Mr. Nguyen's expert was not able to complete his report until February 11, 2014. Defendant would like the expert's report included in the preliminary Presentence Investigative Report.

3. This is the first request for a continuance of the sentencing date.

4. Counsel for the Government, David Lind, Assistant United States Attorney, does not oppose a continuance for the time requested herein.

Thus, the undersigned counsel hereby move for a continuance of the sentencing date for 30 days until April 3, 2014 or such time as may be convenient to the Court.

          By:    **s/ Erin Thompson** _____
                Erin Thompson, #22117
                Lee Thompson, # 08361
                Attorneys for Defendant Dinh Nguyen
                THOMPSON LAW FIRM, LLC
                106 E. 2nd Street
                Wichita, Kansas  67202
                Telephone:  (316) 267-3933
                Fax:          (316) 267-3901
                E-mail:     lthompson@tslawfirm.com
                              ethompson@tslawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February, 2014, I electronically filed the foregoing MOTION TO CONTINUE with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the appropriate parties.

            __**s/ Erin Thompson**_____